# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

Hannah Jones, individually and on behalf of all others similarly situated

Write the full name of each plaintiff or petitioner.

Case No. 6:24 CV 06643

-against-

## NOTICE OF MOTION

Becker Professional Development Corporation d/b/a Becker Professional Education

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that Defendant (plaintiff or defendant) Becker Professional Development Corporation (name of party who is making the motion) requests that the Court:

Dismiss Plaintiff Hannah Jones' Complaint, alleging violation of the Video Privacy Protection Act (18 U.S.C. § 2710), for failure to state a claim pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6). Pursuant to Local Rule 7(a)(1), Defendant states that it intends to file and serve reply papers in support of its motion. Defendant respectfully requests oral argument.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

- ■ a memorandum of law
- ■ my own declaration, affirmation, or affidavit
- ☐ the following additional documents:

January 22, 2025
Dated

[signature]
Signature

IJay Palansky
Name

Prison Identification # (if incarcerated)

4642 S. Ulster Street, Suite 800 | Denver | CO | 80237
Address | City | State | Zip Code

720.200.0676
Telephone Number (if available)

ipalansky@atllp.com
E-mail Address (if available)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Hannah Jones, individually and on behalf of all others similarly situated

Fill in above the full name of each plaintiff or petitioner.

Case No. 6:24 CV 06643

-against-

Becker Professional Development Corporation d/b/a Becker Professional Education

Fill in above the full name of each defendant or respondent.

## DECLARATION

Declaration in Support of Defendant's Motion to Dismiss Plaintiff's Complaint

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, IJay Palansky, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

I am an attorney admitted pro hac vice by this Court. I am fully familiar with the facts and circumstances described in this motion based on my personal knowledge and a review of Armstrong Teasdale LLP's files and the information set forth in Defendant's Memorandum in Support of this motion. I make this declaration in support of Defendant's Motion to Dismiss Plaintiff's Complaint.

Rev. 02/2021

Attach additional pages and documents if necessary.

January 22, 2025

Executed on (date)

Signature

IJay Palansky

Name

Prison Identification # (if incarcerated)

4642 S. Ulster Street, Suite 800, Denver, CO 80237

Address City State Zip Code

720.200.0676

Telephone Number (if available)

ipalansky@atllp.com

E-mail Address (if available)